IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUKE J. SOULE,

        Plaintiff,

v.

M. POTTS, F. MACKINNON,
L.C. WARD, SARA M. REVELL and
THOMAS R. KANE,

        Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-100-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Luke J. Soule's failure to state a claim upon which relief can be granted.

/s/                                                                      7/13/2016

Peter Oppeneer, Clerk of Court                  Date