DOC NO
REC'D/FILED

2016 AUG -1  AM 10: 49
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LUKE J. SOULE

   V.

M. POTTS, F. MACKINNON,
L.C. WARD, SARA M. REVELL,
AND THOMAS R. KANE

CASE NO.
16-CV-100-JDP

JUDGE
JAMES D. PETERSON

## NOTICE OF APPEAL

1. FIRST, THE COURT DID NOT CONSTRUED THE ALLEGATIONS LIBERALLY AND IN THE PLAINTIFFS FAVOR.
I WOULD LIKE TO POINT OUT TO THE COURT THAT THE COURT DIDN'T EVEN ADDRESS THE REAL ISSUE. THE ISSUE HERE IS REAL SIMPLE. M. POTTS AND F. MACKINNON IMPOSED DISCIPLINARY SANCTION ON ME BY FIRING ME FROM MY JOB AND DEMOTING MY PAY GRADE. THE QUESTION IS WHY DID THEY FIRE AND DEMOTE ME. THE ANSWER IS, BECAUSE ONIONS WERE FOUND IN THE DINING ROOM. THE COURT FAILED TO EVEN CONSIDER THESE REASONS. COULD THEIR MOTIVE BE THAT THEY WERE BEING VINDICTIVE. THE ANSWER IS YES, THEY WERE BEING VINDICTIVE BECAUSE THEY DIDN'T KNOW WHO PUT THE ONIONS IN THE DINING ROOM. THEIR ACTIONS SHOW VINDICTIVENESS BY FIRING AND DEMOTING 6 PEOPLE WHO WORK IN VEG-PREP, WITHOUT ANY PROFF THAT ANY ONE OF THEM STOLED

ANYTHING, I WOULD ALSO LIKE TO POINT OUT TO THE COURT THAT THE 6 PEOPLE WHO WORK IN VEG-PREP ARE NOT THE ONLY ONE'S IN CONTAC WITH OINIONS. THE WHAREHOUSE GUYS ARE IN CONTAC WITH OINIONS, THE COOK'S ARE IN CONTAC WITH OINIONS, AS WELL AS THE BAKERY GUYS. THIS SHOWS THAT THEY WERE VINDICTIVE. THIS SHOWS THAT THEY MADE A EXAMPLE OUT OF THE 6 GUYS WHO WORK IN VEG-PREP, AS A WARNING TO EVERYONE.

2. SECOND, THE COURT ERRORED BE ATTEMPTING TO COVER UP THE FACTS MADE BY PLAINTIFF, BY RELIEN ON THE B.O.P.'s DEFENCE. THE ISSUE IS NOT ABOUT JOB REASSIGNMENT. ~~THE COURT ERRORED BY TELLING A CASE~~ THE B.O.P. WOULD LIKE TO HAVE THE COURT STAY ON THIS ROAD. BUT THE TRUTH TO THIS, THERE IS NO POLICY THAT STATES THAT STAFF CAN PUNISH A INMATE BY REASSIGN HIM TO ANOTHER JOB. THAT IS A FACT. IT IS ALSO A FACT THAT THE POLICY IS SO VAGE THAT IT COULD BE INTERPED ANY WAY YOU WANT. ANOTHER FACT, B.O.P. STAFF NEVER GAVE A REASON FOR REASSIGNMENT. WHY? I'LL TELL YOU WHY, BECAUSE THEY WOULD OF SAID BECAUSE ONION'S WERE FOUND IN DINING ROOM. ANOTHER FACT, ALL B.O.P. STAFF ARE HABITUAL LIERS. THE COURT KNOW'S THIS THOUGH. THEY HAVE BEEN COVERING UP THEIR LIES

FOR YEARS, JUST LIKE THIS COURT IS TRYING TO DO NOW.

3. THIRD, THE COURT SAYS I'M NOT ENTITLED TO RELIEF. THEY ARE WRONG. I AM ENTITLED TO JUSTICE, I WILL HAVE JUSTICE, SO PLEASE NOTIFY ALL CONCERND.

Luke Doule
7-27-2016