IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUKE J. SOULE,

    Plaintiff,

v.

M. POTTS, F. MACKINNON, L.C. WARD,
SARA M. REVELL, and THOMAS R. KANE,

    Defendants.

ORDER

16-cv-100-jdp
App. No.  16-3072

Plaintiff Luke J. Soule has filed a notice of appeal from the court's July 13, 2016 order.  To date, however, plaintiff has not paid the appellate docketing fee nor requested leave to proceed without payment of the appellate filing fee.  For this appeal to proceed, plaintiff must pay the $505 appellate docketing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 23, 2016.

ORDER

IT IS ORDERED that plaintiff Luke J. Soule may have until August 23, 2016 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2).  Failure to comply as directed may result in the dismissal of this appeal.

Entered this 2nd day of August, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge